IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 13-cr-00170-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON PORTNER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Clarify Conditions of Release (docket no. 8) is GRANTED.  As to the condition on Defendant's bond "U", the Defendant may use the library computers at the University of Denver where he is attending school using his University of Denver Student ID number to access such computers in the library.  The Defendant may use the internet on the computers in the University of Denver library for the limited purpose of his class studies [i.e. research and writing papers for his college classes] only and for no other purpose.

Date: May 3, 2013